AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

FNU LNU

Defendant

Case No. 6:15-mj-1056
(M-15-0386-M)

I certify the foregoing to be a true and correct copy of the original.
BERYL L. RACETTI, Clerk
United States District Court
Middle District of Florida

_[signature]_
Deputy Clerk

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)  FNU LNU, as pictured in Exhibit A to the Criminal Complaint
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Passport Fraud, all in violation to 18 U.S.C. § 1542.

Date: 2/4/15

_[signature]_
Issuing officer's signature

City and state: Orlando, Florida

Gregory J. Kelly, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) Feb 4, 2015, and the person was arrested on (date) Mar 16, 2015
at (city and state) Pharr, TX.

Date: Mar 16, 2015

_[signature]_
Arresting officer's signature

Jamel Love, Special Agent
Printed name and title

Exhibit A

